[Cite as *11/25/2002 Case Announcements,* 2002-Ohio-6368.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *November 25, 2002*

### MOTION AND PROCEDURAL RULINGS

**2002–0148. State ex rel. Devore Roofing & Painting v. Indus. Comm.**

Franklin App. No. 01AP–69. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On April 1, 2002, this court issued an entry staying the briefing in this case pending the conclusion of mediation pursuant to S.Ct.Prac.R. XIV(6)(C). Whereas this case was returned to the regular docket on November 19, 2002,

IT IS ORDERED by the court that the stay of briefing be, and hereby is, terminated.

IT IS FURTHER ORDERED by the court that appellants shall file merit briefs within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–1542. State ex rel. Ramirez–Garcia v. Pagan.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appearing from the records of this case that relator has not perfected service upon respondent,

IT IS ORDERED by the court that appellant show cause, within 30 days of the date of this entry, why this case should not be dismissed.

**2002–1599. N. Coast Community Homes, Inc. v. Zaino.**

Board of Tax Appeals, No. 2001–J–1065. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 19, 2003.

### MISCELLANEOUS DISMISSALS

**2002–1239. State ex rel. Chesbrough v. Indus. Comm.**

Franklin App. No. 01AP–1077, 2002-Ohio-2907. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.